EDWARD R. CARMAN et al., Appellants, *v.* WALTER C. HEWITT et al., Respondents.

Argued April 9, 1953; decided April 24, 1953.

*Arthur G. Silverman* and *Milton Pinkus* for appellants.

*John J. Boyle, Joseph V. McKee* and *Percy Ingerman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye and Fuld, JJ. Taking no part: Froessel, J. [See 305 N. Y. 796.]